## STATEMENT OF FACTS

On May 15, 2015, Detective Timothy Palchak, the undersigned affiant, was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force. Acting as an undercover task force officer ("UC"), the undersigned affiant had posted an online bulletin message on a specific social media forum, which, based on the UC's experience and information gathered from other sources, is a website that is frequented by individuals who have a sexual interest in children and incest. The bulletin message was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo" and "perv."

On May 15, 2015, the UC received a response from an individual with the username "pervboy7," who was subsequently identified as the defendant, Christopher J. Cymerman. After receiving the defendant's initial response, the UC sent the defendant a private email message that stated: "no limit perv here love taboo/incest/very yng, you?" Within five minutes, the defendant responded back: "same. Love incest and yng especially." The UC asked the defendant if he had "any yng exp," which was a question aimed at asking the defendant if he has had any sexual experiences with children. The defendant answered: "No I don't bu[t] I'm looking for some. I'm only into boys though. Love to suck a nice hairless cock and make him dry cum :)" The UC then told the defendant that he "play[s] with a 12 yo boy that lives in VA…he is nice and smooth," and the defendant quickly replied, "Fuck! Nice! Can I come with? ;)" The UC indicated he was going to see the purported 12 year old boy the following week and asked the defendant if he had any "perv material for trust." The defendant responded "Yea I do" and then provided the UC with his KIK account username, "Headhunter000."

The conversation immediately continued on KIK, which is a free texting application for mobile devices. KIK also allows members to use a profile picture that appears next to each text on the other member's mobile device. Accordingly, the UC was able to see a profile picture of the defendant, associated with his KIK username "Headhunter000," for each KIK text message that the defendant sent to the UC.

Over KIK, the defendant identified himself as "CJ," and in response to questions posed by the UC, the defendant reiterated that he likes young children: "as young as maybe 7-8." The defendant also asked the UC if he has any "perv stuff" to send to him, and then subsequently texted the word: "[p]roof" with a wink emoticon and forwarded an image of an adult male engaged in anal intercourse with a pre-pubescent male child, approximately 7-10 years of age. Both the adult male and male child are naked on a bed, with the adult male positioned in between the child's legs. The adult male is holding the child's hips towards him so that the child's pelvis is tilted towards the adult male's groin. The child's penis is visible and the child's face is turned towards the camera, smiling.

As the texting conversation proceeded and the defendant and UC exchanged cellular numbers to text directly, the UC mentioned that if the defendant was interested, he was going to be seeing the purported 12-year-old boy on Wednesday evening. The

defendant messaged back: "Fuck yeah!" The UC asked the defendant what he was interested in doing with the purported 12-year-old boy, and the defendant replied: "Fucking sucking." The defendant then began to inquire of the UC about the purported 12-year-old boy, such as whether he "love[s] cock," whether "he gets fucked right," and what the purported 12-year-old boy was "into."

During the course of this continued exchange, the defendant sent two additional child pornographic images to the UC. One image is a zoomed in shot of an adult male inserting his erect penis into a pre-pubescent male child's anus. The pre-pubescent male child's penis is visible in the image. Based on the stomach and body hair that is visible in the image, the adult male appears to be the same adult male from the first image, and the bed spread also appears to be the same as was in the first image. The second image is a close up shot of what appears to be an adult male's penis penetrating a pre-pubescent male child's anus with the pre-pubescent male child's penis visible.

On May 18, 2015, the UC inquired of the defendant if he was "still good for Wed." The defendant immediately replied back, "Yup!" and then asked to meet at a metro station first in order to ensure that the UC was not a "cop." During the course of this exchange, the defendant asked, "[y]ou parTy…it'd be hot to get the boy partied up," which the UC understood to mean that the defendant was asking if the UC did the drug, methamphetamines, and whether the defendant could supply the purported 12-year-old boy with methamphetamines during their sexual encounter. The UC told the defendant that he stopped doing drugs but would not care if the defendant "did some."

The defendant told the UC that he would be getting off from work early and could meet in the District of Columbia at 6:00 pm. The defendant and UC agreed that they would meet at a specified metro station in the District of Columbia at approximately 6:00 pm on Wednesday, May 20, 2015, and thereafter would proceed to the UC's nearby apartment to meet with the purported 12-year-old boy at around 8:00-8:30pm. During this exchange the defendant texted to the UC "I just really want this to be real."

During the evening on May 19, 2015, the defendant and UC continued to engage in text exchanges. The defendant texted: "I'm debating whether or not I should bring T for the boy…ask the dad if he'll let the boy smoke," which the UC understood to mean that the defendant was considering bringing methamphetamines for the purported 12-year-old boy's use. The UC informed the defendant that the decision was up to him. The defendant then asked to call the UC to confirm that the meeting, and the purported 12-year-old boy, were legitimate.

The defendant called the UC over the phone, they talked for a few minutes, and the defendant suggested that they send photographs of themselves so that they would know what the other looked like the following day. After the phone call, the defendant texted a photograph of himself to the UC. This photograph is of the same individual whose profile picture was associated with the earlier KIK messages for username "Headhunter000." The UC also texted a photograph of himself to the defendant.

Throughout the morning on Wednesday, May 20, 2015, the defendant continued to engage in text conversations with the UC, stating that he was excited for the evening's plans and confirming the time and meet again. Once the defendant was on his way, he indicated to the UC that he was coming from Vienna, Virginia, was on the metro into the District of Columbia, and would see the UC soon.

At approximately 6:09 pm, the defendant met the UC at the prearranged location in the District of Columbia. As the defendant walked towards the UC, the defendant texted to him, "I see you," and then approached the UC with a greeting. The UC recognized the defendant from both his KIK profile picture and from the photograph that the defendant had texted to the UC just the day before. The UC also recognized the defendant's voice from the phone call they had the previous evening. The UC and defendant began to walk together, at which time the defendant was placed under arrest by members of the Child Exploitation Task Force.

During a search incident to his arrest, the defendant was found to be in possession of an Iphone and Apple laptop. In addition, inside of the defendant's shoulder bag was a clear ziplock bag containing a crystal rock-like substance that based on the UC's training and experience, he recognized to be crystal methamphetamine, consistent with the defendant's earlier text messages expressing the defendant's desire to bring methamphetamines for the purported 12-year-old boy.

Subscribed and sworn to before me this _____ day of May, 2015.

_____     _____
DETECTIVE TIMOTHY PALCHAK           UNITED STATES MAGISTRATE JUDGE
METROPOLITAN POLICE DEPARTMENT      ALAN KAY